02-11-507-CV













 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00507-CV 

 

 


 
 
 In the Interest of E.W.J. and
 L.J., Children
 
 
  
 
 
  
 
 


 

 

 

------------

 

FROM County Court at Law No. 1 OF Parker
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant’s “Motion
To Dismiss Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

          

                                                                             PER
CURIAM

PANEL:  MCCOY, GARDNER, and
WALKER, JJ.
 

 

DELIVERED:
 September 20, 2012











[1]See Tex. R. App. P. 47.4.